<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-7668**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RONALD EUGENE WASHINGTON,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge. (CR-87-130-JFM)

───────────────

Submitted:  July 2, 1998                Decided:  July 20, 1998

───────────────

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Ronald Eugene Washington, Appellant Pro Se.  John Vincent Geise, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his "motion for a revision of sentence." Because we find no jurisdiction allowing modification of the sentence, we dismiss the appeal. United States v. Washington, No. CR-87-130-JFM (D. Md. Sept. 29, 1997). We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2